AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALFREDO CAICEDO,

Petitioner,

v.

STACEY N. STONE,

Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-85

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 17, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is granted and Petitioner's 28 U.S.C. § 2241 is dismissed without prejudice. This action stands closed.



October 17, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020